# 2025 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P14000044964

**Entity Name:** FOX CAPITAL GROUP INC.

**Current Principal Place of Business:**

803 S 21 ST
HOLLYWOOD, FL 33020

**Current Mailing Address:**

803 S 21 ST
HOLLYWOOD, FL 33020 US

**FEI Number:** 46-5738842

**Name and Address of Current Registered Agent:**

KORN & KALISH LLP
5150 TAMIAMI TRAIL NORTH
SUITE 302
NAPLES, FL 34103 US

**Certificate of Status Desired:** No

FILED
Apr 30, 2025
Secretary of State
4322347921CC

Exhibit 1-A

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
Electronic Signature of Registered Agent                                                                                           Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PRESIDENT, DIRECTOR |
| Name | RAPOPORT, YOSEF |
| Address | 1920 E HALLANDALE BEACH BLVD, STE 505 |
| City-State-Zip: | HALLANDALE FL 33009 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: YOSEF RAPOPORT                                           PRESIDENT, DIRECTOR    04/30/2025
Electronic Signature of Signing Officer/Director Detail                                                                          Date